**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA
BY ATTORNEY GENERAL MICHELLE
HENRY,

     Petitioner

    v.

VISION PROPERTY MANAGEMENT, LLC,
VPM HOLDINGS, LLC, ALEX
SZKARADEK, ANTONI SZKARADEK, ACM
VISION V, LLC,  ACP 1, LLC, ACP 3, LLC,
ALAN INVESTMENTS III, LLC, ALCA, LLC,
ARCHWAY COMMUNITY PROPERTIES I,
LLC, ARCHWAY COMMUNITY
PROPERTIES, II, LLC, ARCHWAY
COMMUNITY PROPERTIES, III, LLC,
ARCHWAY COMMUNITY PROPERTIES,
IV, LLC, AVALANCHE HOLDINGS
COMPANY, LLC, AXIS, LLC, BAT
HOLDINGS EIGHT, LLC, BAT HOLDINGS
ONE, LLC, BAT  HOLDINGS, LLC, BAT
HOLDINGS TWO, LLC, BAT HOLDINGS
SIX, LLC, BAT HOLDINGS NINE, LLC, BAT
HOLDINGS, EIGHT, LLC,  BOOM SC, LLC,
DS NEW, LLC, DSV SPV I, DSV SPV 2,
DSV SPV3, JOLEK, LLC, KAJA HOLDINGS
2, LLC, KAJA HOLDINGS,  LLC M16S, LP,
M17S, LP, MON HAVEN 14, LP,
NATIONAL HOUSING PARTNERS, LLC,
NEWBRIDGE CAPITAL FUNDING, LLC,
ONE PINE VIII, LLC, PF I, LLC, PA SEVEN,
LLC, PANDA, LLC, PANSY, LLC, PENNA,
LLC, REO, RANCHO, LP,  RV HOLDINGS
SEVEN,  LLC, RV HOLDINGS FOUR, LLC,
RV HOLDINGS, THREE, LLC, RV
HOLDINGS ELEVEN LLC,  RVFM I, LLC,
RVFM II SERIES, LLC, RVFM 12, LLC,
RVFM 13 SERIES, LLC, RVFM 2, LLC,
RVFM 3, LLC,  RVFM 4 SERIES, LLC,

: No. 171 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

RVFM 5, LLC, RVFM 6, LLC, RVFM 8, LLC,   :
SP 1, LLC, VPM REALTY, LLC,                :
                                   :
          Respondents         :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, as stated by petitioner, are:

(1)     When entering default judgment under Pa.R.Civ.P. 4019, what are the limits on the relief a trial court can award in an equity action in which the plaintiff included a general prayer for relief in the complaint?

(2)     Does an appellant's generic opposition to a dispositive motion allow it to raise any issue on appeal even though it articulated no specific legal objections in the trial court?